IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROGER JUDGE,

        Plaintiff,               12cv1784
                                   **ELECTRONICALLY FILED**

        v.

DR. B. JIN, ET AL.

        Defendants.

<u>Order of Court</u>

In light of Plaintiff's express desire to settle this litigation for a modest amount (see. doc. no. 56) and Plaintiff's severe medical condition (see doc. no. 68), the Court hereby administratively closes said case. Motions filed at doc. no. 56 and 57 are hereby DENIED as moot. Any party may move to re-open this case on or before October 15, 2014, and the case will be reopened and, if applicable, scheduled for trial.

                                      **SO ORDERED** this 21st day of July, 2014.

                                      <u>s/Arthur J. Schwab</u>
                                      Arthur J. Schwab
                                      United States District Judge

cc:    All Registered ECF Counsel and Parties

       ROGER JUDGE
       DT-6550
       SCI Greene
       175 Progress Drive
       Waynesburg, PA 15370